COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:     Marvinell Harlan v. Texas Workforce Commission, Appeal
                         Tribunal, Hearing Officer J. Koehn, Hearing Officer L.
                         Lawrence, and Commissioners Hope Andrade and Andres
                         Alcantar

Appellate case number:   01-17-00849-CV

Trial court case number: 2015-11049

Trial court:             190th District Court of Harris County

      This Court dismissed the appeal for want of jurisdiction. *See Harlan v. Tex. Workforce Comm'n*, No. 01-17-00849-CV, 2018 WL 3737639 (Tex. App.—Houston [1st Dist.] Aug. 7. 2018, no pet. h.) (mem. op.). And, on December 20, 2018, we denied appellant Marvinell Harlan's motion for rehearing. After appellant filed a motion for an extension, we extended the time to file a motion for en banc reconsideration to January 28, 2019. Appellant has filed a second motion for an extension of time, along with a request to exceed the word limit for the motion. The motion is **granted**.

      **Appellant's motion for en banc reconsideration is due to be filed no later than Monday, February 11, 2019**. **No further extensions will be granted.**

      It is so ORDERED.

Judge's signature: /s/ Russell Lloyd
                   ☒ Acting individually   ☐ Acting for the Court

Date: __February 7, 2019___